# CASE ANNOUNCEMENTS
*April 7, 2010*

[Cite as *04/07/2010 Case Announcements*, 2010-Ohio-1552.]

## MOTION AND PROCEDURAL RULINGS

2009–1769. State ex rel. Lawrence v. Kilbane.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion to compel discovery,

1. The late Chief Justice Thomas J. Moyer participated in this decision before his death.

It is ordered by the court that the motion is denied as moot.

PFEIFER, Acting C.J.

The late Chief Justice THOMAS J. MOYER did not participate in the decision on this motion.